UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00171-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JEFFREE J. STAPLES | ) | |
| | ) | |

This matter is before the court on the government's unopposed motion to "transfer" this case to U.S. District Judge James C. Dever III on the ground that the case is related to another pending case assigned to Judge Dever. The court finds that re-assignment of the case is justified. The motion is ALLOWED, and the Clerk is DIRECTED to re-assign this case to Judge Dever.

This 22 September 2011.

W. Earl Britt
Senior U.S. District Judge